IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CBST Acquisition, LLC, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:18cv162 |
| vs. : | |
| : | Judge Susan J. Dlott |
| United States of America, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on February 19, 2019 (Doc. 40), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 5, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's Motion for Leave to Amend the Complaint (Doc. 31) is DENIED.

Defendant's Motion to Dismiss (Doc. 15) is GRANTED.

Plaintiff's Motion for a TRO (Doc. 7) is DENIED.

This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Judge Susan J. Dlott
                                                  United States District Court